UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW GOODMAN, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>CHURCH & DWIGHT CO., INC.,<br><br>                Defendant. | Case No. 1:24-cv-06813<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Matthew Goodman hereby gives notice that he is dismissing his claims in the above-captioned matter **with prejudice** as to his individual claims, and **without prejudice** as to the claims of the proposed class.

Dated: January 24, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Caroline C. Donovan*
      Caroline C. Donovan

Caroline C. Donovan
1330 Avenue of the Americas, Fl 32
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: cdonovan@bursor.com

*Attorneys for Plaintiff*